In the Matter of HERBERT FARRELL et al., Respondents, against JAMES S. WATSON et al., Constituting the Municipal Civil Service Commission of the City of New York, et al., Appellants.

Argued May 28, 1952; decided June 6, 1952.

*Denis M. Hurley, Corporation Counsel* (*Andrew Bellanca* and *Seymour B. Quel* of counsel), for appellants.

*Leo Brown* for respondents.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, DESMOND, DYE, FULD and FROESSEL, JJ. Not sitting: CONWAY, J.